# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SCOTT BEDARD,

               Plaintiffs,

  v.

ROMEO ARANAS, et al.,

               Defendants.

3:18-cv-0218-MMD-CLB

**ORDER**

On January 5, 2021, appointed counsel, Margaret McLetchie, Esq. and Alina Shell, Esq. of McLetchie Law and Adam Hosmer-Henner, Esq., Chelsea Latino, Esq., and Philip Mannelly, Esq. of McDonald Carano LLP, filed a motion to withdraw as counsel (ECF No. 18). No opposition was filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion.

Therefore, the motion to withdraw (ECF No. 18) is **GRANTED**. A copy of this order and all documents hereafter filed shall be served on plaintiff via electronic filing at Lovelock Correctional Center.

**DATED:** January 21, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

1