# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTT BEDARD,<br><br>                          Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                          Defendants. | Case No. 3:18-CV-0218-MMD-CLB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On December 15, 2021, Defendants filed a motion for summary judgment (ECF No. 35.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No.39.) To date, plaintiff has failed to file an opposition.

The court will *sua sponte* grant Plaintiff an extension of time to **January 25, 2022** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If plaintiff fails to file an opposition, the motion will be submitted to the court for decision.

IT IS SO ORDERED.

DATED: January 11, 2022

_____
UNITED STATES MAGISTRATE JUDGE